DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEHEMIAH REID** and **ENID REID,**
Appellants,

v.

**HURRICANE METAL SUPPLY, LLC** and **HIGHLANDER ROOFING, INC.,**
Appellees.

No. 4D19-1314

[October 3, 2019]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE 14-016288.

Erik B. Espinosa of The Law Offices of Erik B. Espinosa, P.A., Sunrise, for appellants.

Richard J. Delgado of Law Office of Delgado & Delgado, P.A., Hialeah, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***